FILED

JAN - 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC PREE,<br><br>    Defendant. | No. CR 11-00775 CW (DMR)<br><br>DETENTION ORDER |

## I. DETENTION ORDER

Defendant Eric Pree is charged in an indictment with violations of 18 U.S.C. § 1349 (conspiracy to commit mail fraud); 18 U.S.C. § 1028A (aggravated identity theft); and 18 U.S.C. § 1341 (mail fraud). On January 3, 2012, the United States moved for Mr. Pree's detention and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). On January 4, 2012, Defendant waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present information by proffer or otherwise), and retained his right to raise any additional relevant

DETENTION ORDER
CR 11-00775 CW (DMR)                              1
cc: Copy to parties via ECF, Nikki, 2 Certified Copies to US Marshal, Pretrial
                                                                    Services

information at a later hearing.

After considering the information presented to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Pree as presenting a serious risk of flight and finds that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II.  CONCLUSION

The Court detains Mr. Pree at this time.  Because Defendant waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Mr. Pree shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: January 4, 2012

_____
DONNA M. RYU
United States Magistrate Judge